

**SO ORDERED.**
**SIGNED this 24th day of May, 2023**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| **IN RE:** | |
| Russell D Cochran, Jr., | Case No.   3:20-BK-32076-SHB |
| Debtor(s). | Chapter 13 |

## ORDER

Upon the Debtor's Motion to Sell Real Property, the Court finds that the proposed sale of real property should be approved, therefore it is,

**ORDERED** that the proposed sale of the debtor and his non filing spouse's residence located at 2205 Ridgecrest Drive, Tennessee 37918 ("Property") is approved.  The purchase contract specifies the purchasers are to pay $225,000.00.  U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V's holds the first lien on the Property and its lien attaches to the proceeds of the sale.  Debtor shall obtain an updated payoff from U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V prior to the scheduled closing. At closing

the debtor shall pay the first mortgage with U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V and his pro-rata share of any property taxes.  At closing the debtor shall pay to the Chapter 13 Trustee the amount needed to pay 100% to his creditors and the remainder of the funds shall be paid to the debtor and his non filing spouse.  The Debtor to provide a copy of the HUD-1 closing document to the Trustee at least 24 hours prior to closing.  A copy of the Report of Sale shall be filed with the Court and a copy furnished to the Chapter 13 Trustee within 15 days of the closing.

###

**APPROVED FOR ENTRY:**

/s/Cynthia T. Lawson
CYNTHIA T. LAWSON, #018397
Attorney for Debtor
Cindy Lawson & Associates, P.C.
6704 Watermour Way
Knoxville, TN 37912
(865)938-0733


  /s/ Anne Marie Throne
Anne Marie Throne, TNBPR 036224
MCMICHAEL TAYLOR GRAY, LLC
*Attorneys for U.S. Bank National Association,*
*not in its individual capacity but solely as trustee*
*for RMTP Trust, Series 2021 Cottage-TT-V*
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: athrone@mtglaw.com

<u>/s/ Debra L. Miller by ctl w/per.</u>
Debra L. Miller
Chapter 13 Trustee
314 Erin Drive
Knoxville, TN  37919